CROWELL & MORING LLP
Kevin C. Mayer (CSB No. 118177)
E-mail: kmayer@crowell.com
3 Embarcadero Center, 26th Floor
San Francisco, CA  94111
Telephone:     415.986.2800
Facsimile:      415.986.2827

Andrew D. Kaplan (*Pro hac vice* application to be filed)
E-mail: akaplan@crowell.com
Rebecca B. Chaney (*Pro hac vice* application to be filed)
E-mail: rchaney@crowell.com
1001 Pennsylvania Avenue, NW
Washington, D.C.  20004
Telephone:     202.624.2500
Facsimile:      202.628.5116

*Attorneys for Defendant Cordis Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY DAMIANA,<br><br>           Plaintiff,<br><br>     v.<br><br>CORDIS CORPORATION, et al.,<br><br>           Defendants. | Case No. 3:16-cv-06742-WHO<br><br>**ORDER GRANTING, AS MODIFIED, JOINT STIPULATION TO POSTPONE CASE MANAGEMENT DEADLINES PENDING RESOLUTION OF JURISDICTIONAL ISSUE IN THE CASES RELATED UNDER *DUNSON*** <br><br>Hon. William H. Orrick |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

ORDER GRANTING JT. STIP. TO POSTPONE CASE
MANAGEMENT DEADLINES PENDING RESOLUTION OF
JURISDICTIONAL ISSUE IN THE CASES RELATED UNDER
DUNSON; CASE NO. 3:16-CV-06742-WHO

1  WHEREAS, on consideration of the parties' Joint Stipulation to Postpone Case
2  Management Deadlines Pending Resolution of Jurisdictional Issue in the Cases Related Under
3  *Dunson*, and for good cause shown, the Court hereby postpones all case management deadlines
4  in this action for sixty days. **A further Case Management Conference is set for April 18, 2017**
5  **at 2:00 p.m.** If the parties wish to stay the case at that time, they should file a Joint Statement
6  on April 11 describing the status of the appeal and the status of the other approximately 199
7  actions in the mass action.
8  PURSUANT TO STIPULATION, IT IS SO ORDERED

10  Dated: January 27, 2017

 Hon. William H. Orrick
 United States District Judge

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

ORDER GRANTING JT. STIP. TO POSTPONE CASE
MANAGEMENT DEADLINES PENDING RESOLUTION OF
JURISDICTIONAL ISSUE IN THE CASES RELATED UNDER
DUNSON; CASE NO. 3:16-CV-06742-WHO