UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DAMIANA,<br><br>    Plaintiff,<br><br>    v.<br><br>CORDIS CORPORATION,<br><br>    Defendant. | Case No. 16-cv-06742-WHO<br><br>**ORDER REMANDING CASE TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA** |

Plaintiff Gary Damiana has moved to remand this case for lack of subject-matter jurisdiction for the same reasons set forth in Judge Edward Chen's order remanding fourteen similar cases. *See* Motion to Remand (Dkt. No. 24). Judge Chen's order was recently affirmed by the Ninth Circuit in *Dunson v. Cordis Corp.*, 854 F.3d 551 (9th Cir. 2017). Cordis Corporation acknowledges that the Ninth Circuit's order in *Dunson* currently controls this issue and does not dispute that remand is appropriate, though it notes that it is continuing to evaluate a further appeal and reserves the right to remove this and similar cases in the future if appropriate. Response to Motion to Remand at 3 (Dkt. No. 25). Accordingly, this action is REMANDED to the Superior Court of California, County of Alameda.

**IT IS SO ORDERED.**

Dated: July 10, 2017

William H. Orrick
United States District Judge